Exhibit A to the Complaint

**Location:** Lansing, MI  
**Total Works Infringed:** 29  
**IP Address:** 69.137.214.190  
**ISP:**  Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3617FA842443B76937A26550A4A76128B6FC8B5D | 06/09/2025 20:01:50 | Blacked | 06/07/2025 | 06/09/2025 | PA0002534205 |
| 2 | 5E5380B0F1CC1E711CB7620812863EB56AED978F | 04/21/2025 18:31:01 | Blacked | 07/09/2022 | 07/22/2022 | PA0002359462 |
| 3 | B45C5D41FA151FE4E87E8F0ADE7503FE0AFE9F03 | 04/20/2025 15:58:46 | Blacked Raw | 04/16/2025 | 04/22/2025 | PA0002527007 |
| 4 | AA08C132036816C89F72D5A9AB1492FCC6B3C9E8 | 04/15/2025 12:37:30 | Blacked | 04/13/2025 | 04/22/2025 | PA0002527054 |
| 5 | C5761B518DEDD332D267EB1F7D7B5CB532C371ED | 03/03/2025 11:14:53 | Vixen | 02/28/2025 | 03/28/2025 | PA0002522464 |
| 6 | B3DF30DCAF8AF72B97E25D12644D0A49FBF19F49 | 01/30/2025 18:42:22 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 7 | 1ED8EEE316D4B0C213679A99DF8AB88477304973 | 12/31/2024 11:40:02 | Blacked | 12/29/2024 | 01/15/2025 | PA0002509287 |
| 8 | 2B14A70FD94ED5B87CAEDAA0533D289AA32AFB54 | 12/04/2024 12:24:28 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 9 | 821591D3B453F814B8CD10994842274B6E4CDBE1 | 11/06/2024 13:16:48 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 10 | C884F4B8CEDBD4685E5F4ED628A560507973AD66 | 11/04/2024 14:30:55 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |
| 11 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 10/12/2024 09:52:46 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 12 | 40D9DBE9EA32AD1E79CECC863D7447CFFA5AFA26 | 09/14/2024 01:57:20 | Vixen | 09/13/2024 | 10/16/2024 | PA0002494756 |
| 13 | 9A633DDEAF649ADEABEF3663CB4F4B10F6981204 | 08/05/2024 18:52:04 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 14 | 645D6AD60D2CD29263480E869FC1C48447D4FAAC | 07/10/2024 12:27:18 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 15 | 26B404BB3E2ED24056935A6A0DB87538D7D1EFD4 | 05/31/2024 20:47:24 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 16 | 2AB2B0C7998ECFEEFB3DC78ED9EF9F4BE454B664 | 02/11/2024 10:28:28 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 55d8706262c25493f7732e8bb13c18ce5579202b | 01/04/2024 12:29:12 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 18 | cee9b645939226249c609dfaebc03ad2fbe77ab8 | 01/04/2024 07:35:22 | Tushy | 08/07/2022 | 08/29/2022 | PA0002367740 |
| 19 | a0209898c399310f54f1ffdf9860cdf461ed97d3 | 12/30/2023 10:59:53 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 20 | 67d95fced9b00c108a63588568a4b4cc34737ee5 | 11/25/2023 13:25:05 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 21 | dbcfc1b23a1d29a97447becca0826e48c21e5323 | 11/19/2023 00:03:39 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 22 | d06e36526ec148776a8eef0c7b1b0102da46b8d2 | 11/17/2023 11:51:54 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 23 | 582f56a752bfe7fb6837014616d66ff51b256d8d | 11/09/2023 21:02:12 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 24 | DE91B3E0A4A6E6C6DFC13D1A4B9F26A03B99597E | 11/05/2023 11:15:41 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 25 | d33715017c92cf6259b4d2663a379ff52d6c7b81 | 10/07/2023 06:48:50 | Blacked | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 26 | 589371e52b36f4957b9e36cfd70f1164b303150b | 10/04/2023 19:33:15 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 27 | 6f7fedc828c32d0331a56bc4d128fa8c0d35ca84 | 10/04/2023 07:06:17 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 28 | 43FC145850F32A3C2C7B32165E1FF523D2545639 | 09/10/2023 10:17:58 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 29 | 902695E4D0B0D51935F1A4E763F66842579F5DB8 | 09/09/2023 02:06:03 | Vixen | 09/08/2023 | 09/18/2023 | PA0002431077 |